IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEXINGTON INSURANCE COMPANY; )<br>and AMERICAN MOTORISTS )<br>INSURANCE COMPANY, )<br>)<br>Defendants. ) | Case No. CIV-12-1019-D |

## ORDER EXTENDING STAY OF PROCEEDINGS AGAINST
## DEFENDANT LEXINGTON INSURANCE COMPANY

The Court has received Plaintiff Westchester Fire Insurance Company's Status Report Regarding Its Efforts to Add Lexington Insurance Company as a Party to a Related Matter Now Pending in Texas [Doc. No. 49]. Plaintiff informs the Court of efforts to pursue its claims against Defendant Lexington Insurance Company in another forum where a related case is pending, *Citgo Petroleum Corp. v. International Insurance Company*, Cause No. 2009-56585 (125th Judicial District, Harris County, Texas). Plaintiff has filed a third-party petition against Lexington Insurance Company in the Texas case, to which an answer or response is due by April 19, 2013. Plaintiff requests an extension of the temporary stay of this action imposed on January 17, 2013, to permit further assessment of its strategy with regard to pursuing its claims in this forum. Under these circumstances, the Court finds that Plaintiff's request should be granted.

IT IS THEREFORE ORDERED that the stay of this action is extended an additional two weeks, or until May 1, 2013. Plaintiff Westchester Fire Insurance Company is directed to file notice by that date of its intentions with respect to proceeding against Lexington Insurance Company in this case.

IT IS FURTHER ORDERED that the administratively closing order entered on January 17, 2013, shall remain in place pending further order of the Court.

IT IS SO ORDERED this 19th day of January, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE